IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Horne, Reuben | Case Number: 04 B 02750 |
|---|---|---|
| | Horne, Lisa | Judge: Hollis, Pamela S |
| | Printed: 7/15/08 | Filed: 1/23/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: June 19, 2008
Confirmed: April 5, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 25,066.44 | |
| Secured: | | 16,809.57 |
| Unsecured: | | 3,693.10 |
| Priority: | | 0.00 |
| Administrative: | | 1,794.00 |
| Trustee Fee: | | 1,253.33 |
| Other Funds: | | 1,516.44 |
| Totals: | 25,066.44 | 25,066.44 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Glenda J Gray | Administrative | 1,794.00 | 1,794.00 |
| 2. | Wells Fargo Home Mortgage | Secured | 0.00 | 0.00 |
| 3. | Jeffro Furniture Company | Secured | 0.00 | 0.00 |
| 4. | Wells Fargo Home Mortgage | Secured | 6,448.56 | 6,448.56 |
| 5. | CitiFinancial Auto Credit Inc | Secured | 7,883.30 | 7,883.30 |
| 6. | Credit Acceptance Corp | Secured | 2,477.71 | 2,477.71 |
| 7. | Nicor Gas | Unsecured | 109.22 | 427.77 |
| 8. | CFC Financial Corp | Unsecured | 15.27 | 59.79 |
| 9. | CitiFinancial Auto Credit Inc | Unsecured | 554.52 | 2,171.85 |
| 10. | Jeffro Furniture Company | Unsecured | 2.16 | 8.45 |
| 11. | Credit Acceptance Corp | Unsecured | 77.33 | 302.79 |
| 12. | City Of Chicago Dept Of Revenue | Unsecured | 43.00 | 168.38 |
| 13. | Melanie Fitness Center | Unsecured | 31.20 | 122.20 |
| 14. | Capital One | Unsecured | 64.21 | 251.42 |
| 15. | Capital One | Unsecured | 46.07 | 180.45 |
| 16. | MCI | Unsecured | | No Claim Filed |
| 17. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 18. | Comcast | Unsecured | | No Claim Filed |
| 19. | AT&T | Unsecured | | No Claim Filed |
| 20. | Credit Acceptance Corp | Unsecured | | No Claim Filed |
| 21. | Cash Flow Inc | Unsecured | | No Claim Filed |
| 22. | Thorton Township CU | Unsecured | | No Claim Filed |
| 23. | Oak Forest Hospital | Unsecured | | No Claim Filed |
| 24. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 25. | Van Ru Credit Corporation | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Horne, Reuben  
Horne, Lisa  
Printed: 7/15/08

Case Number: 04 B 02750  
Judge: Hollis, Pamela S  
Filed: 1/23/04

| 26. | RMA | Unsecured | | No Claim Filed |
|---|---|---|---|---|
| | | | $ 19,546.55 | $ 22,296.67 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 7% | 108.49 |
| 4% | 88.01 |
| 6.5% | 199.36 |
| 3% | 41.59 |
| 5.5% | 347.59 |
| 5% | 92.51 |
| 4.8% | 84.00 |
| 5.4% | 291.78 |
| | $ 1,253.33 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

